UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAWS, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

    Defendants.

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Case No.: 23-cv-03134

The temporary restraining order, issued April 14, 2023, shall no longer restrain and enjoin the Defendants listed below.  So Ordered.

The Clerk of Court is respectfully directed to terminate only the parties listed below as Defendants.

Dated: April 26, 2023
       New York, New York

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff KAWS, Inc., voluntarily dismisses the following Defendants listed on Schedule A to the Complaint without prejudice:

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 56. | auparadisdujouet | https://www.ebay.com/usr/auparadisdujouet |
| 62. | gsb_31 | https://www.ebay.com/usr/gsb_31 |
| 65. | huflor56 | https://www.ebay.com/usr/huflor56 |
| 67. | jorgealfonso21 | https://www.ebay.com/usr/jorgealfonso21 |
| 69. | justdesign | https://www.ebay.com/usr/justdesign |
| 84. | sheeaneo3 | https://www.ebay.com/usr/sheeaneo3 |
| 88. | tanpoo0 | https://www.ebay.com/usr/tanpoo0 |
| 89. | vintage_company | https://www.ebay.com/usr/vintage_company |

- 2 -

Dated: April 24, 2023                                          Respectfully submitted,


                                             By:     /s/ *Anna Iskikian*
                                                     Anna Iskikian
                                                     THOITS LAW
                                                     A Professional Corporation
                                                     400 Main Street, Suite 250
                                                     Los Altos, California 94022
                                                     (650) 327-4200
                                                     aiskikian@thoits.com