```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
  KAWS, INC.,                                               :
                                      Plaintiff,            :
                   -against-                                :
                                                            :    23 Civ. 3134 (LGS)
                                                            :
  THE INDIVIDUALS, CORPORATIONS,                            :         ORDER
  LIMITED LIABILITY COMPANIES,                              :
  PARTNERSHIPS, AND UNINCORPORATED                          :
  ASSOCIATIONS IDENTIFIED ON                                :
  SCHEDULE A TO THE COMPLAINT,                              :
                                      Defendants.           :
------------------------------------------------------------X
```

WHEREAS, Plaintiff KAWS, Inc. brings by way of Order to Show Cause an application for entry of a Preliminary Injunction (the "Application") against the Defendants identified on the Schedule A to the Preliminary Injunction Order attached hereto (collectively, the "PI Defendants") and using at least the domain names or online marketplace accounts identified on the Schedule A (collectively, the "PI Defendant User Accounts").

WHEREAS, on May 10, 2023, a conference was held regarding Plaintiff's motion for a preliminary injunction. No Defendants appeared.

WHEREAS, the Court has personal jurisdiction over the PI Defendants because the PI Defendants directly target their business activities toward consumers in the United States, including New York, offering to sell and ship products into this Judicial District. Specifically, PI Defendants are reaching out to do business with New York residents by operating one or more commercial, interactive Internet Stores through which New York residents can purchase counterfeit versions of Plaintiff's KAWS Products ("Counterfeit Products") incorporating at least one of Plaintiff's copyrights, which are covered by at least the U.S. Copyright Office Registration Nos. identified on Schedule B to the Complaint, including without limitation U.S.

1

Copyright Office Registration Nos. VA 2-180-272 and VA 2-182-652 (the "KAWS Copyrights") and/or bearing, using, or infringing upon Plaintiff's trademark covered by U.S. Trademark Registration Nos. 6,046,763, 6,047,656, 6,102,259, 6,102,260, and 6,116,823 (the "KAWS Trademarks").

WHEREAS, "[T]o obtain a preliminary injunction, [a plaintiff] must show (1) a likelihood of success on the merits or sufficiently serious questions going to the merits to make them a fair ground for litigation and a balance of hardships tipping decidedly in the plaintiff's favor, (2) that they are likely to suffer irreparable injury in the absence of an injunction, (3) that the balance of hardships tips in [its] favor, and (4) that the public interest would not be disserved by the issuance of a preliminary injunction." *Mendez v. Banks*, 65 F.4th 56, 63-64 (2d Cir. 2023) (cleaned up).

WHEREAS, Plaintiff has established a likelihood of success on the merits. "To prevail on a claim of copyright infringement, the plaintiff must demonstrate both (1) ownership of a valid copyright and (2) infringement of the copyright by the defendant. The validity of the copyright depends upon originality. When evaluating infringement, the standard is whether the defendant's work is substantially similar to the plaintiff's work." *Abdin v. CBS Broadcasting Inc.*, 971 F.3d 57, 69 n.8 (2d Cir. 2020) (cleaned up). Plaintiff offers evidence it owns valid copyright registrations. Plaintiff also offers evidence of Defendants' allegedly infringing products, which look substantially similar to Plaintiff's products and are sold without Plaintiff's consent.

WHEREAS, Plaintiff has sufficiently shown it is likely to suffer irreparable harm because there is a similarity between the products, and there is injury to goodwill, brand confidence, Plaintiff's reputation, loss of exclusivity and loss of future sales if the offending

products continue to be sold. Plaintiff has also shown the balance of hardships favors it, due to the hardship caused by the Defendants' infringement and the lack of any hardship to Defendant in having to comply with copyright law. Finally, issuance of the injunction would serve the public interest, because it would dispel public confusion and because respect for intellectual property rights is in the public interest. It is hereby

**ORDERED** that the injunctive relief initially granted in the Temporary Restraining Order ("TRO") on April 14, 2023, and later extended on April 21, 2023, shall remain in place through the pendency of this litigation and issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. It is further

**ORDERED** that:

1. PI Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from:

   a. Using the KAWS Copyrights and/or KAWS Trademarks or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any Counterfeit Products;

   b. Passing off, inducing, or enabling others to sell or pass off any product as a genuine KAWS Product that is not, in fact, Plaintiff's KAWS Product and/or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale using the KAWS Copyrights and/or KAWS Trademarks;

      c.      Committing any acts calculated to cause consumers to believe that Defendants' Counterfeit Products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

      d.      Further infringing the KAWS Copyrights and/or KAWS Trademarks and damaging Plaintiff's goodwill;

      e.      Shipping, delivering, holding for sale, transferring, or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear(s) any KAWS Trademark or any reproductions, counterfeit copies, or colorable imitations thereof;

      f.      Using, linking to, transferring, selling, exercising control over, or otherwise owning the User Accounts, the Defendant Internet Stores, or any other domain name or online market place account that is being used to sell or is the means by which Defendants could continue to sell versions of Plaintiff's KAWS Products; and

      g.      Operating and/or hosting websites and/or any other web presence registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product using the KAWS Copyrights and/or KAWS Trademarks.

2.      Each PI Defendant, within fourteen (14) days after receiving notice of this Order, shall serve upon Plaintiff a written report under oath providing: (a) their true name and physical

address, (b) all websites and online marketplace accounts on any platform that they own and/or operate (c) their financial accounts, including by way of example, all AliPay, AllPay/GoAllPay, Amazon, Bank of China, Coinbase, DHgate, eBay, HyperWallet, JD.com, Joom, Lakala, LianLian, OFX, Paxful, PayEco, Payoneer, PayPal, PingPong, SellersFunding, Shopify, Stripe, Union Mobile/UmPay/UmPay2, Walmart, Wise/TransferWise, Wish, and World First accounts, and (d) the steps taken by each Defendant to comply with paragraph 1, a through g, above

3. Within five (5) days of receipt of this Order, Alibaba, AliExpress, Amazon, DHgate eBay, etsy, Joom, Redbubble, Walmart, Wish, and any other online marketplace platform or service provider hosting or servicing a PI Defendant User Account are directed to disable and cease providing services for any PI Defendant User Accounts through which PI Defendants engage in the sale of counterfeit and infringing goods using the KAWS Copyrights and/or KAWS Trademarks, including any accounts associated with the PI Defendants.

4. PI Defendants and any third party with actual notice of this Order who is providing services for any of the PI Defendants, or in connection with any PI Defendant User Account, including, without limitation, any online marketplace platforms such as Amazon, DHgate eBay, etsy, Redbubble, Walmart, Wish, Facebook, Internet Service Providers ("ISP"), web hosts, back-end service providers, web designers, sponsored search engine or ad-word providers, banks, merchant account providers, including AliPay, AllPay/GoAllPay, Amazon, Bank of China, Coinbase, DHgate, eBay, HyperWallet, JD.com, Joom, Lakala, LianLian, OFX, Paxful, PayEco, Payoneer, PayPal, PingPong, SellersFunding, Shopify, Stripe, Union Mobile/UmPay/UmPay2, Walmart, Wise/TransferWise, Wish, and World First, third party processors and other payment processing service providers, shippers, and domain name registrars (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to Plaintiff

expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

 a. The identities and locations of PI Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information;

 b. The nature of PI Defendants' operations and all associated sales and financial information, including, without limitation, identifying information associated with the PI Defendant User Accounts, and PI Defendants' financial accounts, as well as providing a full accounting of PI Defendants' sales and listing history related to their respective PI Defendant User Accounts;

 c. PI Defendant User Accounts or any domain name registered by PI Defendants;

 d. Any financial accounts owned or controlled by PI Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, AliPay, AllPay/GoAllPay, Amazon, Bank of China, Coinbase, DHgate, eBay, HyperWallet, JD.com, Joom, Lakala, LianLian, OFX, Paxful, PayEco, Payoneer, PayPal, PingPong, SellersFunding, Shopify, Stripe, Union Mobile/UmPay/UmPay2, Walmart, Wise/TransferWise, Wish, World First, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. PI Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of PI Defendants' assets until further ordered by this Court.

6. Western Union shall, within five (5) business days of receipt of this Order, block any Western Union money transfers and funds from being received by the PI Defendants identified in Schedule A to the [Proposed] Preliminary Injunction Order until further ordered by this Court.

7. Amazon, DHgate eBay, etsy, Redbubble, Walmart, Wish, and any other online marketplace platform or service provider hosting or servicing a PI Defendant User Account shall, within five (5) business days of receipt of this Order, for any Defendant or any of PI Defendants' Online Marketplace Accounts or websites:

    a. Locate all accounts and funds connected to and related to PI Defendants, Defendants' Online Marketplace Accounts or PI Defendants' websites, including, but not limited to, any AliPay, AllPay/GoAllPay, Amazon, Bank of China, Coinbase, DHgate, eBay, HyperWallet, JD.com, Joom, Lakala, LianLian, OFX, Paxful, PayEco, Payoneer, PayPal, PingPong, SellersFunding, Shopify, Stripe, Union Mobile/UmPay/UmPay2, Walmart, Wise/TransferWise, Wish, and World First accounts connected to and related to the information listed in Schedule A to the Complaint; and

    b. Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of PI Defendants' assets until further ordered by this Court.

8. Any banks, savings and loan associations, payment processors, or other financial institutions, for any PI Defendant or any PI Defendant User Account, shall within five (5) business days of receipt of this Order:

   a. Locate all accounts and funds connected to PI Defendants, PI Defendants' Online Marketplace Accounts or PI Defendants' websites, including, but not limited to, any accounts connected to the information listed in the Schedule A to the Complaint; and

   b. Restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of PI Defendants' assets until further ordered by this Court.

9. Plaintiff shall provide notice of these proceedings to PI Defendants by electronically publishing a link to the Complaint, this Order and other relevant documents on a website **and** by sending an e-mail to all e-mail addresses identified by Plaintiff and any e-mail addresses provided for PI Defendants by third parties that includes a link to said website. The combination of providing notice via electronic publication or e-mail, along with any notice that PI Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise PI Defendants of the pendency of the action and afford them the opportunity to present their objections.

10. Plaintiff's Schedule A to the Complaint and Exhibit 3 to the Declaration of Gen Watanabe shall become unsealed.

11. Any PI Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to Plaintiff or on shorter notice as set by this Court.

12. The five thousand dollars ($5,000.00) bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

Dated: May 12, 2023
      New York, New York

                                                                */s/ Lorna G. Schofield*
                                                   **LORNA G. SCHOFIELD**
                                                   **UNITED STATES DISTRICT JUDGE**

**SCHEDULE A TO PRELIMINARY INJUNCTION ORDER**

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 1. | 0计划-小红旗 | https://www.amazon.com/sp?seller=A2VTM9XKV9ITU4 |
| 2. | BODAN | https://www.amazon.com/sp?seller=A3VRFQ6L1YYS8F |
| 3. | Cemina Stickers | https://www.amazon.com/sp?seller=A2QRX0HP2M65F1 |
| 4. | chengduhongyangluochenwangluokejiyouxiangongs | https://www.amazon.com/sp?seller=A2VUVG7KCKSUCF |
| 5. | Chicken store 86 | https://www.amazon.com/sp?seller=AZQ8VB242I2I3 |
| 6. | chuanyuweidianzishangwuyouxiangongsi | https://www.amazon.com/sp?seller=A2ATX9Z8JN4QIJ |
| 7. | danzhoushijingjiayinmaoyiyouxiangongsi | https://www.amazon.com/sp?seller=APGW6PK45VHJR |
| 8. | ■■■■■■■■■■ | ■■■■■■■■■■ |
| 9. | Dogukan Ozdemir DOGUKAN | https://www.amazon.com/sp?seller=A1IT752Z7C5HW6 |
| 10. | DUCANHHN | https://www.amazon.com/sp?seller=AM4E2HL0XAO20 |
| 11. | Fly跟秒T-12-22day | https://www.amazon.com/sp?seller=A3IJDIE2BXE2FG |
| 12. | FU-QUN | https://www.amazon.com/sp?seller=AOASN2IT3JNS9 |
| 13. | huangwenbing | https://www.amazon.com/sp?seller=A1WSPUFBWMOVYF |
| 14. | ■■■■■■■■■■ | ■■■■■■■■■■ |
| 15. | Jinxiuhe | https://www.amazon.com/sp?seller=A11EU4I87RT7W0 |
| 16. | kunmingchunyaogudianzishangwuyouxiangongsi | https://www.amazon.com/sp?seller=A22SVTH36OVIXW |

10

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 17. | Lastma | https://www.amazon.com/sp?seller=AH9I1CCSC2CTU |
| 18. | LiYuChengAnQingTianChuShangMao | https://www.amazon.com/sp?seller=A3B1O7MDHBNWLK |
| 19. | Luffy Stickers | https://www.amazon.com/sp?seller=ACXMRMXK89F56 |
| 20. | LYCAN | https://www.amazon.com/sp?seller=A2V1FJ5NK2GL3U |
| 21. | nchengjunlindianzishan | https://www.amazon.com/sp?seller=A29AG2IBJVZ7SC |
| 22. | qintianye | https://www.amazon.com/sp?seller=ARI1YRMKGWZJY |
| 23. | Quailty | https://www.amazon.com/sp?seller=A33F7VGWYT0GHT |
| 24. | RuiChangJunLuFangBaiHuoDian US | https://www.amazon.com/sp?seller=A2DL5KT2OEASID |
| 25. | Shenyang Xiangrui Kunxun Trading Co., Ltd. | https://www.amazon.com/sp?seller=A3L6L691J1FY3T |
| 26. | xianbingdaomaoyi | https://www.amazon.com/sp?seller=APJ9NG32OXWXQ |
| 27. | xinxin zhuanmai | https://www.amazon.com/sp?seller=A206FCT3B9IQPV |
| 28. | YangBoWengXiaoMiaoFei | https://www.amazon.com/sp?seller=A2WIHDL8FG2GVX |
| 29. | YiCongJ-SuperStore | https://www.amazon.com/sp?seller=ATHOLUQJJGX0Z |
| 30. | Yxing store | https://www.amazon.com/sp?seller=A25H46FLV2440M |
| 31. | ZHANGZHIHAOKESHANGMAOYOUXIANGONGSI | https://www.amazon.com/sp?seller=AWQ0SQD7J4W1Q |
| 32. | zhijiangshiaobaishangmaoyouxiangongsi | https://www.amazon.com/sp?seller=A149ORZ459UGAL |
| 33. | zhoukaihongdg | https://www.amazon.com/sp?seller=A16E4W6EE04WDT |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 34. | cbai | https://www.dhgate.com/store/about-us/21818533.html |
| 35. | cheapshoesmasks | https://www.dhgate.com/store/about-us/21578373.html |
| 36. | chh1515 | https://www.dhgate.com/store/about-us/21829516.html |
| 37. | dblt | https://www.dhgate.com/store/about-us/21819060.html |
| 38. | e3zg | https://www.dhgate.com/store/about-us/21800548.html |
| 39. | enjg | https://www.dhgate.com/store/about-us/21800818.html |
| 40. | h4c1 | https://www.dhgate.com/store/about-us/21817864.html |
| 41. | home1888 | https://www.dhgate.com/store/about-us/21709519.html |
| 42. | kcpq | https://www.dhgate.com/store/about-us/21819232.html |
| 43. | mham | https://www.dhgate.com/store/about-us/21819809.html |
| 44. | milkfu | https://www.dhgate.com/store/about-us/21783133.html |
| 45. | mlwt | https://www.dhgate.com/store/about-us/21818282.html |
| 46. | mu5t | https://www.dhgate.com/store/about-us/21819774.html |
| 47. | mylf | https://www.dhgate.com/store/about-us/21819101.html |
| 48. | myzc | https://www.dhgate.com/store/about-us/21800632.html |
| 49. | p97i | https://www.dhgate.com/store/about-us/21818980.html |
| 50. | phkfuzecheng03 | https://www.dhgate.com/store/about-us/21750191.html |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 51. | rui_di | https://www.dhgate.com/store/about-us/21812765.html |
| 52. | rycas4593xw | https://www.dhgate.com/store/about-us/21749497.html |
| 53. | x0oa | https://www.dhgate.com/store/about-us/21819267.html |
| 54. | xrxl | https://www.dhgate.com/store/about-us/21818471.html |
| 55. | y12l | https://www.dhgate.com/store/about-us/21819468.html |
| | ███████ | ███████ |
| 57. | customrughouse | https://www.ebay.com/usr/customrughouse |
| 58. | eladud659 | https://www.ebay.com/usr/eladud659 |
| 59. | etephantgr0 | https://www.ebay.com/usr/etephantgr0 |
| 60. | funstory_527 | https://www.ebay.com/usr/funstory_527 |
| 61. | furukara_japan | https://www.ebay.com/usr/furukara_japan |
| | ███████ | ███████ |
| 64. | hiroo-jp2015 | https://www.ebay.com/usr/hiroo-jp2015 |
| | ███████ | ███████ |
| 66. | iroirozakkaya | https://www.ebay.com/usr/iroirozakkaya |
| | ███████ | ███████ |
| 68. | just.haveit | https://www.ebay.com/usr/just.haveit |
| | ███████ | ███████ |
| 70. | kawdecor | https://www.ebay.com/usr/kawdecor |
| 71. | kvvconsult0 | https://www.ebay.com/usr/kvvconsult0 |
| 72. | lihrygbv | https://www.ebay.com/usr/lihrygbv |
| 73. | lufano_shop | https://www.ebay.com/usr/lufano_shop |
| 74. | luxara1 | https://www.ebay.com/usr/luxara1 |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 75. | masib_8772 | https://www.ebay.com/usr/masib_8772 |
| 76. | mijpl_0 | https://www.ebay.com/usr/mijpl_0 |
| 77. | mingyi518 | https://www.ebay.com/usr/mingyi518 |
| 78. | moto_hobby_jp | https://www.ebay.com/usr/moto_hobby_jp |
| 79. | mykhmohy0 | https://www.ebay.com/usr/mykhmohy0 |
| 80. | oggmf19 | https://www.ebay.com/usr/oggmf19 |
| 81. | owntheproduct | https://www.ebay.com/usr/owntheproduct |
| 82. | richrow_2 | https://www.ebay.com/usr/richrow_2 |
| 83. | rugandcarpet | https://www.ebay.com/usr/rugandcarpet |
| 85. | sofbell-0 | https://www.ebay.com/usr/sofbell-0 |
| 86. | stay246tokyo | https://www.ebay.com/usr/stay246tokyo |
| 90. | xinyunmaoyi | https://www.ebay.com/usr/xinyunmaoyi |
| 91. | yaqout | https://www.ebay.com/usr/yaqout |
| 92. | yaronovy-0 | https://www.ebay.com/usr/yaronovy-0 |
| 93. | yb1store | https://www.ebay.com/usr/yb1store |
| 95. | zhangguofeng5188 | https://www.ebay.com/usr/zhangguofeng5188 |
| 96. | 3DPrintHousee | https://www.etsy.com/shop/3DPrintHousee |
| 97. | AlmaSpace | https://www.etsy.com/sg-en/shop/AlmaSpace |
| 98. | ArtStorePop | https://www.etsy.com/shop/ArtStorePop |
| 99. | AshosGB | https://www.etsy.com/shop/AshosGB |
| 100. | BoredByApparel | https://www.etsy.com/shop/BoredByApparel |
| 101. | CanvasArtLand | https://www.etsy.com/shop/CanvasArtLand |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 102. | CarpetofDreamsWorld | https://www.etsy.com/shop/CarpetofDreamsWorld?ref=l2-about-shopname |
| 103. | CarpetRugsAtelier | https://www.etsy.com/shop/CarpetRugsAtelier?ref=l2-about-shopname |
| 104. | ClubInfinite | https://www.etsy.com/shop/ClubInfinite |
| 105. | Coveruppuk | https://www.etsy.com/shop/Coveruppuk |
| | ████████████ | ████████████ |
| 108. | FigurePlayer | https://www.etsy.com/shop/FigurePlayer |
| 109. | HappyCreativeCraft | https://www.etsy.com/shop/HappyCreativeCraft |
| 110. | HypeHomeCo | https://www.etsy.com/shop/HypeHomeCo?ref=l2-about-shopname |
| 111. | HypeOnMarket | https://www.etsy.com/shop/HypeOnMarket |
| 112. | HyperRug | https://www.etsy.com/shop/HyperRug |
| 113. | JujishHomeDecor | https://www.etsy.com/shop/JujishHomeDecor?ref=l2-about-shopname |
| | ████████████ | ████████████ |
| 115. | kawsforyou | https://www.etsy.com/shop/kawsforyou |
| 116. | KeiKaps | https://www.etsy.com/shop/KeiKaps |
| 117. | LimeFrogRetro | https://www.etsy.com/shop/LimeFrogRetro |
| 118. | Luxurylondonn | https://www.etsy.com/shop/Luxurylondonn |
| 119. | MazeStoreL | https://www.etsy.com/shop/MazeStoreL |
| 120. | MBhistory | https://www.etsy.com/shop/MBhistory |
| | ████████████ | ████████████ |
| 122. | metaverse3Dcarpet | https://www.etsy.com/shop/metaverse3Dcarpet |
| 123. | MGNeonCustom | https://www.etsy.com/shop/MGNeonCustom |
| | ████████████ | ████████████ |
| 125. | NeonMirrorCreative | https://www.etsy.com/shop/NeonMirrorCreative |
| 126. | PalaceOfLittleDreams | https://www.etsy.com/shop/PalaceOfLittleDreams |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 127. | PearlOfNorth | https://www.etsy.com/shop/PearlOfNorth |
| 128. | Poxter | https://www.etsy.com/shop/Poxter |
| 129. | RugAndCarpetArt | https://www.etsy.com/shop/RugAndCarpetArt?ref=l2-about-shopname |
| 130. | smartrug | https://www.etsy.com/shop/smartrug?ref=l2-about-shopname |
| 131. | SolomonCarpetHouse | https://www.etsy.com/shop/SolomonCarpetHouse?ref=l2-about-shopname&search_query=Kaws+Rug%2CLegend+Rug%2CGift+For+Yourself%2CChildren%27s+Room+Rug%2CPersonalized+Gifts%2CGift+For+Boys%2CGift+For+Girls%2CCool+Rug%2CArea+Rug%2CRoom+Decor |
| 132. | Sonjasselection | https://www.etsy.com/shop/Sonjasselection |
| 133. | TakeYourKeyChainNL | https://www.etsy.com/shop/TakeYourKeyChainNLNL |
| 134. | TREDLABART | https://www.etsy.com/shop/TREDLABART |
| | ■■■ | ■■■ |
| 137. | zekiyestrendshop | https://www.etsy.com/shop/zekiyestrendshop |
| 138. | AlePiro | https://www.redbubble.com/people/AlePiro/portfolio |
| 139. | Byulisa | https://www.redbubble.com/people/Byulisa/portfolio |
| 140. | CoolestKKAT | https://www.redbubble.com/people/CoolestKKAT/portfolio |
| 141. | DigitalXclusive | https://www.redbubble.com/people/DigitalXclusive/portfolio |
| 142. | Ermintrudew | https://www.redbubble.com/people/Ermintrudew/portfolio |
| 143. | jogasartsy | https://www.redbubble.com/people/jogasartsy/portfolio |
| 144. | LucasJoshua | https://www.redbubble.com/people/LucasJoshua/portfolio |
| 145. | Mbiizo | https://www.redbubble.com/people/Mbiizo/portfolio |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 146. | ouzounisdemgcs | https://www.redbubble.com/people/ouzounisdemgcs/portfolio |
| 147. | TaLLouSSe | https://www.redbubble.com/people/TaLLouSSe/portfolio |
| 148. | Esst shop | https://www.walmart.com/reviews/seller/101340688 |
| 149. | gongjun(jinan)shangmao | https://www.walmart.com/reviews/seller/101296552 |
| 150. | jinancuiyundaishangmaoyou | https://www.walmart.com/reviews/seller/101296388 |
| 151. | ozma shops | https://www.walmart.com/reviews/seller/101276339 |
| 152. | sanmenxiaxiaoyuanhuazhuangpin | https://www.walmart.com/reviews/seller/101294875 |
| 153. | Mfdmdmfm | https://www.wish.com/merchant/5e9b0562ef1dce1080ed0414 |