UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAWS, Inc,<br><br>Plaintiff,<br><br>v.<br><br>The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint.<br><br>Defendants. | Case No. 1:23-cv-03134-LGS<br><br>**DEFENDANT CUTELITTLEPRESENT'S ANSWER**<br><br>*Jury Trial Demanded* |

Pursuant to Federal Rules of Civil Procedure 8, 12(a)(4)(A) and 11, Defendant CuteLittlePresent ("CuteLittlePresent" or "Defendant") hereby responds to the Complaint [ECF 1] (the "Complaint") filed by KAWS, Inc. ("KAWS" or "Plaintiff"), and states as follows:

1. The allegations in the paragraph 1 constitute legal conclusions and therefore do not require a response.

2. The allegations in the paragraph 2 constitute legal conclusions and therefore do not require a response.

3. In answer to the allegations of paragraph 3 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

4. In answer to the allegations of paragraph 4 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

5. In answer to the allegations of paragraph 5 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

6. In answer to the allegations of paragraph 6 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

7. In answer to the allegations of paragraph 7 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

8. In answer to the allegations of paragraph 8 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

9. In answer to the allegations of paragraph 9 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

10. In answer to the allegations of paragraph 10 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

11. The allegations in the paragraph 11 constitute legal conclusions and therefore do not require a response.

12. The allegations in the paragraph 12 constitute legal conclusions and therefore do not require a response.

13. The allegations in the paragraph 13 constitute legal conclusions and therefore do not require a response.

14. The allegations in the paragraph 14 constitute legal conclusions and therefore do not require a response.

15. In answer to the allegations of paragraph 15 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

16. In answer to the allegations of paragraph 16 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

17. In answer to the allegations of paragraph 17 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

18. In answer to the allegations of paragraph 18 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

19. The allegations in the paragraph 19 constitute legal conclusions and therefore do not require a response.

20. In answer to the allegations of paragraph 20 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his

denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

21. In answer to the allegations of paragraph 21 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

22. In answer to the allegations of paragraph 22 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

23. In answer to the allegations of paragraph 23 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

24. In answer to the allegations of paragraph 24 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

25. In answer to the allegations of paragraph 25 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

26. In answer to the allegations of paragraph 26 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

27. In answer to the allegations of paragraph 27 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

28. In answer to the allegations of paragraph 28 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

29. In answer to the allegations of paragraph 29 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

30. In answer to the allegations of paragraph 30 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

31. In answer to the allegations of paragraph 31 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

32. In answer to the allegations of paragraph 32 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

33. The allegations in the paragraph 33 constitute legal conclusions and therefore do not require a response.

34. The allegations in the paragraph 34 constitute legal conclusions and therefore do not require a response.

35. In answer to the allegations of paragraph 35 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

36. In answer to the allegations of paragraph 36 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

37. In answer to the allegations of paragraph 37 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

38. In answer to the allegations of paragraph 3 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

39. In answer to the allegations of paragraph 39 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

40. In answer to the allegations of paragraph 40 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

41. In answer to the allegations of paragraph 41 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

42. In answer to the allegations of paragraph 42 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

43. In answer to the allegations of paragraph 43 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

44. In answer to the allegations of paragraph 44 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

45. In answer to the allegations of paragraph 45 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

46. In answer to the allegations of paragraph 46 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

47. In answer to the allegations of paragraph 47 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his

denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

48. In answer to the allegations of paragraph 48 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

49. In answer to the allegations of paragraph 49 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

50. In answer to the allegations of paragraph 50 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

51. In answer to the allegations of paragraph 51 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

52. In answer to the allegations of paragraph 52 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

53. In answer to the allegations of paragraph 53 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

54. In answer to the allegations of paragraph 54 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein. In answer to the allegations of paragraph 40 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

55. In answer to the allegations of paragraph 55 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

56. In answer to the allegations of paragraph 56 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

57. In answer to the allegations of paragraph 57 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

58. In answer to the allegations of paragraph 58 of the complaint, this Defendant hereby incorporates all allegations contained in paragraphs 1-57 of this Answer.

59. In answer to the allegations of paragraph 59 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

60. In answer to the allegations of paragraph 60 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his

denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

61. In answer to the allegations of paragraph 61 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

62. In answer to the allegations of paragraph 62 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

63. In answer to the allegations of paragraph 63 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

64. The allegations in the paragraph 64 constitute legal conclusions and therefore do not require a response.

65. In answer to the allegations of paragraph 65 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

66. In answer to the allegations of paragraph 66 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

67. The allegations in the paragraph 67 constitute legal conclusions and therefore do not require a response.

68. The allegations in the paragraph 68 constitute legal conclusions and therefore do not require a response.

69. The allegations in the paragraph 69 constitute legal conclusions and therefore do not require a response.

70. The allegations in the paragraph 70 constitute legal conclusions and therefore do not require a response.

71. The allegations in the paragraph 71 constitute legal conclusions and therefore do not require a response.

72. In answer to the allegations of paragraph 72 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

73. In answer to the allegations of paragraph 73 of the complaint, this Defendant hereby incorporates all allegations contained in paragraphs 1-72 of this Answer.

74. The allegations in the paragraph 74 constitute legal conclusions and therefore do not require a response.

75. In answer to the allegations of paragraph 75 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

76. In answer to the allegations of paragraph 76 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

77. The allegations in the paragraph 77 constitute legal conclusions and therefore do not require a response.

78. The allegations in the paragraph 78 constitute legal conclusions and therefore do not require a response.

79. In answer to the allegations of paragraph 79 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

80. In answer to the allegations of paragraph 80 of the complaint, this Defendant hereby incorporates all allegations contained in paragraphs 1-79 of this Answer.

81. In answer to the allegations of paragraph 81 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

82. In answer to the allegations of paragraph 82 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

83. The allegations in the paragraph 83 constitute legal conclusions and therefore do not require a response.

84. In answer to the allegations of paragraph 84 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

85. In answer to the allegations of paragraph 85 of the complaint, this Defendant hereby incorporates all allegations contained in paragraphs 1-84 of this Answer.

86. In answer to the allegations of paragraph 86 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his

denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

87. In answer to the allegations of paragraph 87 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

88. In answer to the allegations of paragraph 88 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

89. In answer to the allegations of paragraph 89 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

90. In answer to the allegations of paragraph 90 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

91. The allegations in the paragraph 91 constitute legal conclusions and therefore do not require a response.

92. In answer to the allegations of paragraph 92 of the Complaint, this Defendant has no information or belief to enable it to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

///

///

///

## PRAYERS FOR RELIEF

Defendant denies that Plaintiff KAWS, Inc. is entitled to any of the relief sought in its prayer for relief. Each and every allegation of Plaintiff's complaint not elsewhere responded to is hereby expressly denied.

## AFFIRMATIVE DEFENSES

Defendant alleges the following affirmative defenses with respect to the purported causes of action alleged in the Complaint.

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Cause of Action)

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that the Complaint, and each purported cause of action thereof, fails to state a claim against Defendant and fails to state facts sufficient to constitute a cause of action against Defendant pursuant to Federal Rules of Civil Procedure 9 and 12(b)(6) and other applicable law. Accordingly, the Complaint and the causes of action asserted therein should be dismissed.

### SECOND AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages, if Any)

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiff has failed to mitigate its damages, if any, which allegedly arose out of the subject of the Complaint and each and every cause of action thereto.

///

///

///

**THIRD AFFIRMATIVE DEFENSE**

**(Failure to Utilized Due-Diligence)**

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiff has failed to utilized due-diligence to uncover Defendant's misdeeds, if any, sooner. Therefore, Plaintiff's damages allegedly sustained, if any, were proximately caused by Plaintiff's own failure and bars Plaintiff's recovery or proportionately reduces any potential recovery.

**FOURTH AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiff's claims are barred by Statute of Limitations.

**FIFTH AFFIRMATIVE DEFENSE**

**(Apportionment of Damages)**

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiff is in some manner legally responsible, in whole or in part, for the events, occurrences, acts or omissions, if any there were, giving rise to the claims as stated in the Complaint and therefore, the liability of Defendant should be assessed only in proportion to its percentage of fault, if any.

**SIXTH AFFIRMATIVE DEFENSE**

**(Unjustifiable Reliance)**

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiff's causes of action based on reliance is barred in that there was no reliance, nor any justifiable reliance, by Plaintiff upon the alleged representations of Defendant.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Damages Sought are Unreasonable)**

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiff's request for damages, if any there were, giving rise to the claims as stated in the Complaint: are unreasonable and cannot be justified. Further, any damages sought by Plaintiff are barred in whole or in part by Plaintiff's failure to mitigate damages.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiff comes to this Honorable Court with unclean hands; therefore, Plaintiff should not be entitled to any equitable relief.

**NINTH AFFIRMATIVE DEFENSE**

**(Not Responsible for Other's Actions)**

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Defendant is not legally responsible for the actions or inactions of joint, or of any other third party.

**TENTH AFFIRMATIVE DEFENSE**

**(Waiver)**

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiff's claims are barred by Plaintiff's own conduct, actions and inactions, which constitute of a waiver of any right Plaintiff may have had with regard to the matters alleged in the Complaint.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Estoppel)**

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiff's claims are barred by the doctrine of estoppel, by reason of Plaintiff's own acts, omissions, representations, course of action, or those of his agents, employees or representatives, upon which Defendant relied to his detriment.

**TWELFTH AFFIRMATIVE DEFENSE**

**(Laches)**

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiffs' claims are barred by the doctrine of Laches.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Fair Use Doctrine)**

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiffs' claims for relief are barred by the "Fair Use Doctrine" pursuant to Section 107 of the Copyright Act, 17 U.S.C. §107.

**FOURTEENTH AFFIRMATIVE DEFENSE**

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Defendant's conduct was innocent, non-infringing, and not a willful infringement of copyright.

**FIFTEENTH AFFIRMATIVE DEFENSE**

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiff's claims are barred because Plaintiff has failed to

register the copyrights in one or more of the products set forth in their Complaint and thus are not permitted to file this suit or maintain this action.

**SIXTEENTH AFFIRMATIVE DEFENSE**

**(Setoff)**

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiff's claims are barred because Plaintiff's damages, if any, are subject to setoff.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiff's claims are barred because Plaintiff hasengaged in one or more acts that have misused their copyrights including but not limited to having wrongfully attempted to extend the scope of the limited monopoly granted by the Copyright Act. Defendant reserves the right to assert one or more antitrust related claims.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

**(Consent)**

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiff's claims are barred because Plaintiff authorized, consented to, ratified and/or had knowledge of the acts of Defendant as alleged in the Complaint, and, therefore, Plaintiff may not complain thereof.

///

///

///

///

///

**NINETEENTH AFFIRMATIVE DEFENSE**

**(Interest of Defendant)**

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiff's claims are barred because Defendant obtains ownership and/or possessory interest of the properties alleged in the Complaint.

**TWENTIETH AFFIRMATIVE DEFENSE**

**(Justification)**

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiff's claims are barred because Defendant was justified in doing any and/or all of the acts alleged in the Complaint.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

**(Privilege)**

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiff's claims are barred because Defendant was privileged in doing all of the acts alleged in the Complaint.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

**(Lack of Knowledge)**

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiff's claims are barred because Defendant had no knowledge of or reasonable grounds to believe in the existence of the matters alleged in the Complaint.

///

///

///

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

**(Prevention or Excuse)**

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiff's claims are barred because the performance of Defendant's duties, if any, were excused or prevented.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiff's claims are barred to the extent they claim copyright protection in works that are immoral, illegal, obscene or libelous.

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiff's claims are barred due to their deceptive and misleading advertising in connection with the distribution of all alleged copyrighted works.

**TWENTY-SIXTH AFFIRMATIVE DEFENSE**

**(No Damages)**

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiff has not suffered any damages as a result of any actions taken by Defendant, and Plaintiff is, therefore, barred from asserting any cause of action against Defendant, or, if any damages were suffered, they were not as extensive as alleged by Plaintiff.

///

///

///

///

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiff's claims are barred because Plaintiff has abandoned or forfeited their copyrights.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

**(Pleading Uncertain)**

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that the Complaint, and each purported claim for relief alleged therein, is uncertain in that it, inter alia, fails to state with reasonable particularity: (1) the alleged wrongful acts or omissions on the part of Defendant; or (2) facts sufficient to allege damage or injury to Plaintiff.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

**(Authorization)**

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiff's claims are barred because the conduct complained of was authorized by, among other things, applicable law.

## THIRTIETH AFFIRMATIVE DEFENSE

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiff's claims are barred by the "first sale doctrine".

## THIRTY-FIRST AFFIRMATIVE DEFENSE

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiff's claims are barred because critical part or

portions of their alleged protected copyrights are invalid due to consisting of un-protectable idea(s) or processes.

**THIRTY-SECOND AFFIRMATIVE DEFENSE**

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiff's claims are barred because one or more of the copyrights have elements taken from the public domain upon which a copyright infringement action cannot be maintained.

**THIRTY-THIRD AFFIRMATIVE DEFENSE**

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiff's claims are barred by the doctrine of Merger.

**THIRTY-FOURTH AFFIRMATIVE DEFENSE**

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiff's claims are barred by section 117 limitations on exclusive rights.

**THIRTY-FOURTH AFFIRMATIVE DEFENSE**

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiff's claims are barred by section 117 limitations on exclusive rights.

**THIRTY-FOURTH AFFIRMATIVE DEFENSE**

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiff's claims are barred by section 117 limitations on exclusive rights.

**THIRTY-FIFTH AFFIRMATIVE DEFENSE**

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Defendant has not done anything likely to cause confusion, mistake, or confusion regarding sponsorship or affiliation with respect to Plaintiff or Plaintiff's products, as demonstrated by the differences between the Parties' respective marks and the use of other source identifying indicia of origin in connection with Defendant's products.

**THIRTY-SIXTH AFFIRMATIVE DEFENSE**

As a separate an affirmative defense to the Complaint, and to each purported cause of action thereof, Defendant submits that Plaintiff's claims are barred by the doctrine of "Ornamental Use".

**DEMAND FOR JURY TRIAL**

Defendant demands a jury trial on all issues so triable.

Dated: May 30, 2023

Respectfully submitted,

By /s/ Jingyi Guo

Jingyi Guo (C.S.B.# 335448)

*Attorney for Defendant*
*CuteLittlePresent*