UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAWS, INC.,<br><br>　　Plaintiff,<br><br>　v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>　　Defendants. | Case No.: 23-cv-03134 |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF <u>CERTAIN DEFENDANTS</u>**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff KAWS, Inc., voluntarily dismisses the following Defendants listed on Schedule A to the Complaint without prejudice:

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 11. | Fly T-12-22day | https://www.amazon.com/sp?seller=A3IJDIE2BXE2FG |
| 15. | Jinxiuhe | https://www.amazon.com/sp?seller=A11EU4I87RT7W0 |
| 104. | ClubInfinite | https://www.etsy.com/shop/ClubInfinite |

/ / /

Dated: May 31, 2023　　　　　　　　　　　　　　　　　　Respectfully submitted,

- 2 -

By:     /s/ *Anna Iskikian*
Anna Iskikian
THOITS LAW
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
(650) 327-4200
aiskikian@thoits.com

*Attorneys for Plaintiff KAWS, INC.*