UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAWS, INC.,

    Plaintiff,

  v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

    Defendants.

*LORNA G. SCHOFIELD*
**UNITED STATES DISTRICT JUDGE**

Case No.: 23-cv-03134

The preliminary injunction, issued May 12, 2023, shall no longer enjoin and restrain the Defendants listed below.  So Ordered.

The Clerk of Court is respectfully directed to terminate the listed Defendants from the case.

Dated: June 1, 2023
      New York, New York

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff KAWS, Inc., voluntarily dismisses the following Defendants listed on Schedule A to the Complaint without prejudice:

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 11. | Fly T-12-22day | https://www.amazon.com/sp?seller=A3IJDIE2BXE2FG |
| 15. | Jinxiuhe | https://www.amazon.com/sp?seller=A11EU4I87RT7W0 |
| 104. | ClubInfinite | https://www.etsy.com/shop/ClubInfinite |

/ / /

Dated: May 31, 2023                                    Respectfully submitted,

- 2 -

By:    /s/ *Anna Iskikian*
Anna Iskikian
THOITS LAW
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
(650) 327-4200
aiskikian@thoits.com

*Attorneys for Plaintiff KAWS, INC.*