# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAWS, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

    Defendants.

Case No.: 23-cv-03134-LGS

## FIRST AMENDED SCHEDULE A

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 1. | Plan 0-Little Red Flag (0计划-小红旗) | https://www.amazon.com/sp?seller=A2VTM9XKV9ITU4 |
| 2. | BODAN | https://www.amazon.com/sp?seller=A3VRFQ6L1YYS8F |
| 3. | Cemina Stickers | https://www.amazon.com/sp?seller=A2QRX0HP2M65F1 |
| 4. | chengduhongyangluochenwangluokejiyouxiangongs | https://www.amazon.com/sp?seller=A2VUVG7KCKSUCF |
| 5. | Chicken store 86 | https://www.amazon.com/sp?seller=AZQ8VB242I2I3 |
| 6. | chuanyuweidianzishangwuyouxiangongsi | https://www.amazon.com/sp?seller=A2ATX9Z8JN4QIJ |
| 7. | danzhoushijingjiayinmaoyiyouxiangongsi | https://www.amazon.com/sp?seller=APGW6PK45VHJR |
| 8. | ███████ | ███████ |
| 9. | Dogukan Ozdemir DOGUKAN | https://www.amazon.com/sp?seller=A1IT752Z7C5HW6 |
| 10. | DUCANHHN | https://www.amazon.com/sp?seller=AM4E2HL0XAO20 |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| | ██████████████████ | |
| 12. | FU-QUN | https://www.amazon.com/sp?seller=AOASN2IT3JNS9 |
| 13. | huangwenbing | https://www.amazon.com/sp?seller=A1WSPUFBWMOVYF |
| | ██████████████████ | |
| 16. | kunmingchunyaogudianzishangwuyouxiangongsi | https://www.amazon.com/sp?seller=A22SVTH36OVIXW |
| | ██████████████████ | |
| 18. | LiYuChengAnQingTianChuShangMao | https://www.amazon.com/sp?seller=A3B1O7MDHBNWLK |
| 19. | Luffy Stickers | https://www.amazon.com/sp?seller=ACXMRMXK89F56 |
| 20. | LYCAN | https://www.amazon.com/sp?seller=A2V1FJ5NK2GL3U |
| 21. | nchengjunlindianzishan | https://www.amazon.com/sp?seller=A29AG2IBJVZ7SC |
| 22. | qintianye | https://www.amazon.com/sp?seller=ARI1YRMKGWZJY |
| 23. | Quailty | https://www.amazon.com/sp?seller=A33F7VGWYT0GHT |
| | ██████████████████ | |
| 25. | Shenyang Xiangrui Kunxun Trading Co., Ltd. | https://www.amazon.com/sp?seller=A3L6L691J1FY3T |
| 26. | xianbingdaomaoyi | https://www.amazon.com/sp?seller=APJ9NG32OXWXQ |
| 27. | xinxin zhuanmai | https://www.amazon.com/sp?seller=A206FCT3B9IQPV |
| 28. | YangBoWengXiaoMiaoFei | https://www.amazon.com/sp?seller=A2WIHDL8FG2GVX |
| 29. | YiCongJ-SuperStore | https://www.amazon.com/sp?seller=ATHOLUQJJGX0Z |
| 30. | Yxing store | https://www.amazon.com/sp?seller=A25H46FLV2440M |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 31. | ZHANGZHIHAOKESHANGMAOYOUXIANGONGSI | https://www.amazon.com/sp?seller=AWQ0SQD7J4W1Q |
| 32. | zhijiangshiaobaishangmaoyouxiangongsi | https://www.amazon.com/sp?seller=A149ORZ459UGAL |
| 33. | zhoukaihongdg | https://www.amazon.com/sp?seller=A16E4W6EE04WDT |
| 34. | cbai | https://www.dhgate.com/store/about-us/21818533.html |
| 35. | cheapshoesmasks | https://www.dhgate.com/store/about-us/21578373.html |
| 36. | chh1515 | https://www.dhgate.com/store/about-us/21829516.html |
| 37. | dblt | https://www.dhgate.com/store/about-us/21819060.html |
| 38. | e3zg | https://www.dhgate.com/store/about-us/21800548.html |
| 39. | enjg | https://www.dhgate.com/store/about-us/21800818.html |
| 40. | h4c1 | https://www.dhgate.com/store/about-us/21817864.html |
| 41. | home1888 | https://www.dhgate.com/store/about-us/21709519.html |
| 42. | kcpq | https://www.dhgate.com/store/about-us/21819232.html |
| 43. | mham | https://www.dhgate.com/store/about-us/21819809.html |
| 44. | milkfu | https://www.dhgate.com/store/about-us/21783133.html |
| 45. | mlwt | https://www.dhgate.com/store/about-us/21818282.html |
| 46. | mu5t | https://www.dhgate.com/store/about-us/21819774.html |
| 47. | mylf | https://www.dhgate.com/store/about-us/21819101.html |
| 48. | myzc | https://www.dhgate.com/store/about-us/21800632.html |
| 49. | p97i | https://www.dhgate.com/store/about-us/21818980.html |
| 50. | phkfuzecheng03 | https://www.dhgate.com/store/about-us/21750191.html |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 51. | rui_di | https://www.dhgate.com/store/about-us/21812765.html |
| 52. | rycas4593xw | https://www.dhgate.com/store/about-us/21749497.html |
| 53. | x0oa | https://www.dhgate.com/store/about-us/21819267.html |
| 54. | xrxl | https://www.dhgate.com/store/about-us/21818471.html |
| 55. | y12l | https://www.dhgate.com/store/about-us/21819468.html |
| | | |
| 57. | customrughouse | https://www.ebay.com/usr/customrughouse |
| 58. | eladud659 | https://www.ebay.com/usr/eladud659 |
| 59. | etephantgr0 | https://www.ebay.com/usr/etephantgr0 |
| 60. | funstory_527 | https://www.ebay.com/usr/funstory_527 |
| 61. | furukara_japan | https://www.ebay.com/usr/furukara_japan |
| | | |
| 66. | iroirozakkaya | https://www.ebay.com/usr/iroirozakkaya |
| | | |
| 68. | just.haveit | https://www.ebay.com/usr/just.haveit |
| | | |
| 71. | kvvconsult0 | https://www.ebay.com/usr/kvvconsult0 |
| 72. | lihrygbv | https://www.ebay.com/usr/lihrygbv |
| 73. | lufano_shop | https://www.ebay.com/usr/lufano_shop |
| 74. | luxara1 | https://www.ebay.com/usr/luxara1 |
| | | |
| 76. | mijpl_0 | https://www.ebay.com/usr/mijpl_0 |
| 77. | mingyi518 | https://www.ebay.com/usr/mingyi518 |
| | | |
| 79. | mykhmohy0 | https://www.ebay.com/usr/mykhmohy0 |
| 80. | oggmf19 | https://www.ebay.com/usr/oggmf19 |
| 81. | owntheproduct | https://www.ebay.com/usr/owntheproduct |
| 82. | richrow_2 | https://www.ebay.com/usr/richrow_2 |
| 83. | rugandcarpet | https://www.ebay.com/usr/rugandcarpet |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 85. | sofbell-0 | https://www.ebay.com/usr/sofbell-0 |
| 86. | stay246tokyo | https://www.ebay.com/usr/stay246tokyo |
| | ███ | ███ |
| 90. | xinyunmaoyi | https://www.ebay.com/usr/xinyunmaoyi |
| 91. | yaqout | https://www.ebay.com/usr/yaqout |
| 92. | yaronovy-0 | https://www.ebay.com/usr/yaronovy-0 |
| 93. | yb1store | https://www.ebay.com/usr/yb1store |
| | ███ | ███ |
| 95. | zhangguofeng5188 | https://www.ebay.com/usr/zhangguofeng5188 |
| 96. | 3DPrintHousee | https://www.etsy.com/shop/3DPrintHousee |
| 97. | AlmaSpace | https://www.etsy.com/sg-en/shop/AlmaSpace |
| 98. | ArtStorePop | https://www.etsy.com/shop/ArtStorePop |
| 99. | AshosGB | https://www.etsy.com/shop/AshosGB |
| 100. | BoredByApparel | https://www.etsy.com/shop/BoredByApparel |
| 101. | CanvasArtLand | https://www.etsy.com/shop/CanvasArtLand |
| 102. | CarpetofDreamsWorld | https://www.etsy.com/shop/CarpetofDreamsWorld?ref=l2-about-shopname |
| 103. | CarpetRugsAtelier | https://www.etsy.com/shop/CarpetRugsAtelier?ref=l2-about-shopname |
| | ███ | ███ |
| 105. | Coveruppuk | https://www.etsy.com/shop/Coveruppuk |
| | ███ | ███ |
| 108. | FigurePlayer | https://www.etsy.com/shop/FigurePlayer |
| 109. | HappyCreativeCraft | https://www.etsy.com/shop/HappyCreativeCraft |
| 110. | HypeHomeCo | https://www.etsy.com/shop/HypeHomeCo?ref=l2-about-shopname |
| 111. | HypeOnMarket | https://www.etsy.com/shop/HypeOnMarket |
| 112. | HyperRug | https://www.etsy.com/shop/HyperRug |
| 113. | JujishHomeDecor | https://www.etsy.com/shop/JujishHomeDecor?ref=l2-about-shopname |
| | ███ | ███ |
| 115. | kawsforyou | https://www.etsy.com/shop/kawsforyou |
| 116. | KeiKaps | https://www.etsy.com/shop/KeiKaps |
| 117. | LimeFrogRetro | https://www.etsy.com/shop/LimeFrogRetro |
| 118. | Luxurylondonn | https://www.etsy.com/shop/Luxurylondonn |
| 119. | MazeStoreL | https://www.etsy.com/shop/MazeStoreL |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 120. | MBhistory | https://www.etsy.com/shop/MBhistory |
| 122. | metaverse3Dcarpet | https://www.etsy.com/shop/metaverse3Dcarpet |
| 123. | MGNeonCustom | https://www.etsy.com/shop/MGNeonCustom |
| 125. | NeonMirrorCreative | https://www.etsy.com/shop/NeonMirrorCreative |
| 126. | PalaceOfLittleDreams | https://www.etsy.com/shop/PalaceOfLittleDreams |
| 127. | PearlOfNorth | https://www.etsy.com/shop/PearlOfNorth |
| 128. | Poxter | https://www.etsy.com/shop/Poxter |
| 129. | RugAndCarpetArt | https://www.etsy.com/shop/RugAndCarpetArt?ref=l2-about-shopname |
| 130. | smartrug | https://www.etsy.com/shop/smartrug?ref=l2-about-shopname |
| 131. | SolomonCarpetHouse | https://www.etsy.com/shop/SolomonCarpetHouse?ref=l2-about-shopname&search_query=Kaws+Rug%2CLegend+Rug%2CGift+For+Yourself%2CChildren%27s+Room+Rug%2CPersonalized+Gifts%2CGift+For+Boys%2CGift+For+Girls%2CCool+Rug%2CArea+Rug%2CRoom+Decor |
| 132. | Sonjasselection | https://www.etsy.com/shop/Sonjasselection |
| 133. | TakeYourKeyChainNL | https://www.etsy.com/shop/TakeYourKeyChainNLL |
| 137. | zekiyestrendshop | https://www.etsy.com/shop/zekiyestrendshop |
| 138. | AlePiro | https://www.redbubble.com/people/AlePiro/portfolio |
| 139. | Byulisa | https://www.redbubble.com/people/Byulisa/portfolio |
| 140. | CoolestKKAT | https://www.redbubble.com/people/CoolestKKAT/portfolio |
| 141. | DigitalXclusive | https://www.redbubble.com/people/DigitalXclusive/portfolio |
| 142. | Ermintrudew | https://www.redbubble.com/people/Ermintrudew/portfolio |
| 143. | jogasartsy | https://www.redbubble.com/people/jogasartsy/portfolio |
| 144. | LucasJoshua | https://www.redbubble.com/people/LucasJoshua/portfolio |
| 145. | Mbiizo | https://www.redbubble.com/people/Mbiizo/portfolio |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 146. | ouzounisdemgcs | https://www.redbubble.com/people/ouzounisdemgcs/portfolio |
| 147. | TaLLouSSe | https://www.redbubble.com/people/TaLLouSSe/portfolio |
| 148. | Esst shop | https://www.walmart.com/reviews/seller/101340688 |
| 149. | gongjun(jinan)shangmao | https://www.walmart.com/reviews/seller/101296552 |
| 150. | jinancuiyundaishangmaoyou | https://www.walmart.com/reviews/seller/101296388 |
| 151. | ozma shops | https://www.walmart.com/reviews/seller/101276339 |
| 152. | sanmenxiaxiaoyuanhuazhuangpin | https://www.walmart.com/reviews/seller/101294875 |
| 153. | Mfdmdmfm | https://www.wish.com/merchant/5e9b0562ef1dce1080ed0414 |