IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAWS, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.: 1:23-cv-03134-LGS<br>) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, | ) Judge Lorna G. Schofield<br>)<br>) Magistrate Judge Barbara C. Moses<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

Application **GRANTED**.

*Lorna G. Schofield*
UNITED STATES DISTRICT JUDGE

The Clerk of Court is respectfully directed to terminate ECF notifications for Mr. Tom.

Dated: July 13, 2023
New York, New York

**PLAINTIFF'S MOTION FOR WITHDRAWAL OF ATTORNEY OF RECORD**

PLEASE TAKE NOTICE that pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, Plaintiff KAWS, INC. ("Plaintiff"), moves for the withdrawal of Christopher Tom of Thoits Law as an attorney of record for Plaintiff and, in support thereof, would respectfully show unto the honorable court the following:

1. Good cause exists for the court to grant the withdrawal of Christopher Tom as an attorney of record for Plaintiff KAWS, INC.

2. The law firm Boies Schiller Flexner LLP will be representing Plaintiff in this matter going forward. Declaration of Christopher Tom ¶ 3. ("Tom Decl.").

3. Thoits Law is no longer representing Plaintiff in any capacity. *Id.* ¶ 4.

4. At least one attorney of Boies Schiller Flexner LLP continues to serve as attorney of record for Plaintiff in this matter. *See* case docket.

1

5. Mr. Tom is not asserting a retaining or charging lien. Tom Decl. ¶ 6.

Plaintiff hereby prays unto the honorable court to grant leave for, and to order that Christopher Tom of Thoits Law be removed as attorney of record for Plaintiff KAWS, INC.

Dated: July 12, 2023                                              Respectfully submitted,

                                                                  BOIES SCHILLER FLEXNER LLP

                                                                  By: */s/ Shannon Joyce Prince*
                                                                          Shannon Joyce Prince
                                                                          Boies Schiller Flexner LLP
                                                                          333 Main St., Ste 121
                                                                          Armonk, NY 10504
                                                                          (914) 749-8289
                                                                          sprince@bsfllp.com

                                                                          *Attorney for Plaintiff*
                                                                          *KAWS, INC.*