UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAWS, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

    Defendants.

Case No.: 23-cv-03134

## [PROPOSED] ORDER TO SHOW CAUSE WHY DEFAULT JUDGMENT AND PERMANENT INJUNCTION SHOULD NOT BE ENTERED AGAINST DEFAULTING DEFENDANTS

Upon the filed Declaration of Christopher Tom, Esq. in support of Plaintiff's Motion for Entry of Default and Default Judgment (ECF No. 52), and Proof of Service of Summons and Complaint (ECF No. 29), as well as the Memorandum of Law (ECF No. 51) and Certificate of the Clerk of the Court (ECF No. 45) stating that no answer has been filed in this Action by the defendants in the First Amended Schedule A (collectively, the "Defaulting Defendants"), and upon all other pleadings and papers filed in this action, it is hereby:

ORDERED that Defaulting Defendants show cause before the Honorable Lorna G. Schofield, in Courtroom 1106 of the United States District Court for the Southern District of New York at 40 Foley Square, New York, New York, on _____August 16_____, 2023, at __4:30 P.M.__ ~~xxxx~~/p.m. (the "Hearing"), and show cause why an Order should not be issued pursuant to Rule 55 of the Federal Rules of Civil Procedure entering a final judgment by default, as well as

a permanent injunction against each Defaulting Defendant; as well as awarding such other further relief as the Court deems equitable and just; and it is further

ORDERED that the service copy of this ORDER TO SHOW CAUSE and its supporting papers, including the Declaration of Christopher Tom, Esq., and the Memorandum of Law (collectively, the "OSC Papers") shall be made on each Defaulting Defendant by _____July 28_____, 2023, and deemed effective as to all of the Defaulting Defendants if it is completed in the same manner as set forth in Paragraph 7 of this Court's April 14, 2023 Order to Show Cause [Doc. No. 20]; and it is further

ORDERED that opposing papers, if any, shall be filed with the Court and served on Plaintiff's counsel on or before _____August 4_____, 2023, by delivering copies thereof to the office of Boies Schiller Flexner., 333 Main St., Ste 121, Armonk, NY 10504, Attn: Shannon Joyce Prince, Esq. Plaintiff shall file and serve and reply papers on or before _____August 11_____, 2023; and it is further

ORDERED that if Defaulting Defendants, or any of them, fail to appear at the Hearing or otherwise fail to respond to this Order to Show Cause, a default judgment will be entered against each of the Defaulting Defendants.

Dated: July 27, 2023
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE