UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAWS, INC.,<br><br>     Plaintiff,<br><br>  v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>     Defendants. | Case No.: 23-cv-03134-LGS<br><br>PROOF OF SERVICE |

I, Shannon Joyce Prince, hereby declare:

I am over the age of eighteen years. My business address is Boies Schiller Flexner LLP, 333 Main Street, Armonk NY 10504. On July 28, 2023, I caused to be served the below listed documents in the manner indicated:

| | |
|---|---|
| July 28, 2023 | Sent an email to the email addresses provided by third party payment platforms for the Defaulting Defendants as identified in the First Amended Schedule A, attaching a copy of the Court's Order to Show Cause Why Defaulting Judgment and Permanent Injunction Should Not be Entered Against Defaulting Defendants at Dkt No. 61 and copies of Plaintiff's Motion for Entry of Default and Default Judgment and Plaintiff's papers in support of the Motion at Dkt. Nos. 50-52, and including a link to a website where the documents can be downloaded. |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Armonk, New York on July 28, 2023.

*/s/ Shannon Joyce Prince*
**Shannon Joyce Prince**
