**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAWS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 23-cv-03134 |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, | ) |
| LIMITED LIABILITY COMPANIES, | ) |
| PARTNERSHIPS, AND UNINCORPORATED | ) |
| ASSOCIATIONS IDENTIFIED ON | ) |
| SCHEDULE A TO THE COMPLAINT, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**[PROPOSED] DISBURSEMENT ORDER**

The Clerk is directed to disburse:

> The five thousand-dollar ($5,000) bond posted by Plaintiff, including any interest minus the registry fee;

To Plaintiff's counsel:

> BOIES SCHILLER FLEXNER LLP
> Attn: Christopher Tom
> 55 Hudson Yards
> New York, NY 10001

Within five (5) days of the entry of this Disbursement Order, Plaintiff is directed to provide a copy of this order to this Court's Finance Department.

Dated: September 17, 2025

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**